IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SALEM FUAD ALJABRI | § | |
|     FED. REG. I.D. 18918-424 | § | |
| | § | |
| V. | § | C.A. NO. C-10-276 |
| | § | |
| UNIT MANAGER JAMIE TREVINO, ET AL. | § | |

**ORDER OF TRANSFER**

Plaintiff is a federal prisoner currently incarcerated at the Big Spring Correctional Center (BSCC), a private-contract correctional facility in Big Spring, Texas. (D.E. 1). Plaintiff is suing (1) Cornell Companies, Inc, a Houston-based private corporation that contracts with the Bureau of Prisons to provide correctional housing and services; (2) George Killinger, Cornell Companies' vice president; (3) Jamie Trevino, BSCC's Unit Manager; and (4) Krista Shepard, a BSCC counselor. Id. Plaintiff claims that defendants Trevino and Shepard have denied him job opportunities at BSCC because of his race and religious beliefs, and that defendant Killinger was advised of these actions, yet approved of them, in violation of his constitutional rights. Id.

The district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b).

A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred in Big Spring Texas. In addition, two of the four defendants, Trevino and Shepard, reside

in Big Spring, Texas. It is in the interests of justice to transfer this case to the venue in which the action arose and where two of the named defendants reside.

Big Spring is located in Howard County, Texas. Howard County is located in the Northern District of Texas, Abilene Division. 28 U.S.C. § 124(a)(3). Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Northern District of Texas, Abilene Division.

ORDERED this 23rd day of August, 2010.

_____
Janis Graham Jack
United States District Judge