IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| SALEM FAUD ALJABRI, Institutional ID No. 18918-424, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:10-CV-00192-C |
| v. | ) ) | |
| JAMIE TREVINO, et al., | ) ) ) | |
| Defendants. | ) | ECF |

## ORDER

Plaintiff Salem Faud Aljabri, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendants Jamie Trevino, Krista Shepard, and George Killinger, employees of the Cornell Companies, and the Cornell Companies, Inc., a private corporation which operates the Federal Correctional Institution at Big Spring, Texas. Aljabri alleges that the Defendants subjected him to cruel and unusual punishment in violation of the Eighth Amendment when they placed him in a cell with harsh living conditions, acted with deliberate indifference to his serious medical needs, deprived him of equal protection of the law, and subjected him to negligence and breach of contract. He requests monetary damages. Aljabri was granted permission to proceed *in forma pauperis* by Order dated September 7, 2010.

The complaint was transferred to the docket of the United States Magistrate Judge for screening pursuant to 28 U.S.C. § 1915. By Order dated January 5, 2011, the Magistrate Judge ordered Aljabri to answer a questionnaire to help develop the factual basis of his complaint pursuant to the authority of *Watson v. Ault*, 525 F.2d 886 (1971). Aljabri filed his answers to the

questionnaire on January 20, 2011. He did not consent to proceed before the United States Magistrate Judge.

Pursuant to this Court's Order entered on September 7, 2010, the Magistrate Judge entered findings of fact, conclusions of law, and a recommendation for disposition on October 14, 2011. Aljabri did not file a reply or objections.

The undersigned United States District Judge has made an independent examination of the record in this case and has examined the findings, conclusions, and recommendation of the Magistrate Judge. Based upon this Court's independent examination of the authenticated prison records, Aljabri's complaint, and his answers to the questionnaire, the Court finds that the Magistrate Judge's findings, conclusions, and recommendation should be accepted and adopted, and Aljabri's civil rights complaint and all claims alleged therein should be dismissed with prejudice as frivolous.

**SO ORDERED.**

Judgment shall be entered accordingly.

The dismissal of Aljabri's complaint shall count as a qualifying dismissal under 28 U.S.C. § 1915(g) and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).

Any pending motions are denied.

Dated August _16_, 2012.

_____
SAM R. CUMMINGS
United States District Judge